UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DAVID ALLEN WARD**                                                                         **PLAINTIFF**

v.                                                  CIVIL ACTION NO. 3:09CV-P315-H

**KENTUCKY STATE REFORMATORY** *et al.*                      **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claim under 42 U.S.C. § 1983 against Aramark and his § 1983 individual and official-capacity claims Defendants Mark Geddes and Mashell McMillian are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Only Plaintiff's state-law claims are permitted to proceed against these Defendants.

Further, the § 1983 individual-capacity claims against Defendant Healthcare Grievance Committee members are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Because no claims remain against Defendant Healthcare Grievance Committee, the **Clerk of Court is DIRECTED to terminate** this Defendant from this action.

Date:    July 24, 2009

                                                       John G. Heyburn II, Judge
                                                       United States District Court

cc:        Plaintiff Ward, *pro se*
            Defendants
            General Counsel, Justice & Public Safety Cabinet
4412.010